FILED
MAR - 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ⁄EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR 0887-JAH |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 18, U.S.C., Sec. 111(a)(1) - Assault on a Federal Officer (Misdemeanor) |
| RICARDO COSSIO (1), JOSE ESPINOZA (2), | |
| Defendants. | |

The United States Attorney charges:

On or about February 19, 2011, within the Southern District of California, defendants RICARDO COSSIO and JOSE ESPINOZA knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection Officer P. Farrier, while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: March 8, 2011.

LAURA E. DUFFY
United States Attorney

/s/ John F. Weis for

SARAH R. BOOT
Assistant U.S. Attorney

SRB:JCC:kst
2/24/11