AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

JOSE ESPINOZA

CASE NUMBER: 11CR0887-JAH

I, __Jose Espinoza__, the above named defendant, who is accused of

__18 USC § 111(a)(1)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/8/11__ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
MAR - 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

__Jose Espinoza__
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer