```
 1  LAURA E. DUFFY
    United States Attorney
 2  SARAH R. BOOT
    Assistant United States Attorney
 3  California State Bar No. 253658
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone:  (619) 557-7032
    Facsimile:  (619) 235-4716
 6  E-mail: sarah.boot@usdoj.gov

 7  Attorneys for Plaintiff
    United States of America
 8
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 11CR0887JAH |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| RICARDO COSSIO, et al, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following Government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive __all__ Notices of Electronic Filings relating to activity in this case:

//

1    <u>Name</u>
2    None.
3    Effective this date, <u>the following attorneys are no longer
4    associated with this case</u> and should <u>not</u> receive any further Notices
5    of Electronic Filings relating to activity in this case (if the
6    generic "U.S. Attorney CR" is still listed as active in this case in
7    CM/ECF, please terminate this association):
8    <u>Name</u>
9    None.
10   Please feel free to call me if you have any questions about this
11   notice.
12   DATED: March 14, 2011

LAURA E. DUFFY
United States Attorney

*s/Sarah R. Boot*
SARAH R. BOOT
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR0887JAH |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| RICARDO COSSIO, et al, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, Sarah R. Boot, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the NOTICE OF APPEARANCE as lead counsel for the United States, dated March 14, 2011, and this CERTIFICATE OF SERVICE, dated March 14, 2011, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

Richard J. Boesen, Esquire    Attorney for Defendant (1)

Michael L. Crowley, Esquire    Attorney for Defendant (2)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2011.

*s/Sarah R. Boot*
SARAH R. BOOT