FILED
APR 28 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11CR887-RBB |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u> <br> ) **(Superseding)** |
| v. | ) |
| RICARDO COSSIO (1), <br> JOSE ESPINOZA (2), | ) Title 41, C.F.R., Sec. 102-74.390(c), per Title 40, U.S.C. Sec. 121(c)-Disturbance on Federal Property (Misdemeanor) |
| Defendants. | ) |

The United States Attorney charges:

On or about February 19, 2011, within the Southern District of California, defendants RICARDO COSSIO and JOSE ESPINOZA did knowingly and intentionally exhibit conduct that disrupted the performance of the official duties of a United States Customs and Border Protection Officer while on federal property, specifically at the Calexico West, California Port of Entry; in violation of Title 41, Code of Federal Regulations, Section 102-74.390(c), per Title 40, United States Code, Section 121(c), a misdemeanor.

DATED: 4-28-11

LAURA E. DUFFY
United States Attorney

SARAH R. BOOT
Assistant U.S. Attorney

SRB:kst
4/20/11